NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GONZALO CORPUS,**

*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**

*Respondent*

---

2023-1948

---

Petition for review of the Merit Systems Protection Board in No. DA-0752-22-0064-I-2.

---

## O R D E R

Having received no response from Gonzalo Corpus to the court's October 20, 2023, order,

IT IS ORDERED THAT:

2                                                        CORPUS v. DVA

Pursuant to the court's October 20, 2023, order and 28 U.S.C. § 1631, the petition for review and all of the filings are transferred to the United States District Court for the Western District of Texas.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 30, 2023
Date